**MADAR LAW CORPORATION**
Alex S. Madar, Esq. (SBN: 319745)
alex@madarlaw.net
14410 Via Venezia #1404
San Diego, CA 92129-1666
Telephone: (858) 299-5879
Fax: (619) 354-7281

Attorneys for Plaintiff
DON HILDRE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Don Hildre, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Sunlight Solar, Inc.,<br>DOES,<br><br>Defendants. | Case No. 3:20-cv-00333-WQH-MSB<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

**PLAINTIFF'S NOTICE OF SETTLEMENT OF ENTIRE CASE**

   Plaintiff respectfully notifies the Court that the parties have entered into a settlement agreement to resolve all claims arising in this subject action.  Pursuant to the terms of the settlement agreement, plaintiff will file a Notice of Dismissal ("Dismissal") with the Court no later than May 1, 2020.
   Plaintiff is filing this Notice of Settlement with Defendant's approval and permission.

| | |
|---|---|
| 1 | Dated:  March 10, 2019 |
| 2 | MADAR LAW CORPORATION |
| 4 | By      *s/ Alex S. Madar* |
| | ALEX S. MADAR |
| 5 | Attorneys for Plaintiff |
| 6 | Don Hildre |
| | Email: alex@madarlaw.net |