**MADAR LAW CORPORATION**
Alex S. Madar, Esq. (SBN: 319745)
alex@madarlaw.net
14410 Via Venezia #1404
San Diego, CA 92129-1666
Telephone: (858) 299-5879
Fax: (619) 354-7281

Attorneys for Plaintiff
DON HILDRE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Don Hildre, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUNLIGHT SOLAR, INC.<br>DOES,<br><br>Defendants. | Case No. 3:20-cv-0333 WQH-MSB<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(1(A)(i) of the Federal Rules of Civil Procedure, plaintiff Don Hildre, through his undersigned counsel, hereby gives notice that the above captioned is voluntarily dismissed with prejudice as to plaintiff Don Hildre, and voluntarily dismissed without prejudice as to the putative class.

Dated:  May 18, 2020        MADAR LAW CORPORATION

                By        *s/ Alex S. Madar*
                          ALEX S. MADAR
                          Attorneys for Plaintiff
                          Don Hildre
                          Email: alex@madarlaw.net